JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. SAGARA, ) | NO. CV 18-3852-KS |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| ) | |
| ANDREW M. SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 5, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE